**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-24822-CIV-ALTONAGA/Goodman**

**SECURITIES AND EXCHANGE COMMISSION**,

                Plaintiff,

v.

**NIT ENTERPRISES, INC. (Delaware)**;
**NIT ENTERPRISES, INC. (Florida)**;
**NIT ENTERPRISES FL, INC.**;
**GARY R. SMITH**;
**JASON M. GANTON**; and
**JAMES E. CLEARY**,

                Defendants, and

**ARIADNI SMITH a/k/a "AUDREY CARRESE**,**"**

                Relief Defendant.
_____/

**JUDGMENT AS TO RELIEF DEFENDANT ARIADNI SMITH**

       The Securities and Exchange Commission having filed a Complaint [ECF No. 1], and Relief Defendant Ariadni Smith (a/k/a "Audrey Carrese") ("Relief Defendant") having (1) entered a general appearance; (2) consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; (3) consented to entry of this Judgment; (4) waived findings of fact and conclusions of law; and (5) waived any right to appeal from this Judgment:

I.

       **IT IS ORDERED AND ADJUDGED** that Relief Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon. The Court shall determine the amount of the disgorgement upon motion of the Commission. Prejudgment interest shall be calculated from July 31, 2015**,** based on the rate of interest used by the Internal Revenue Service for the underpayment

CASE NO. 19-24822-CIV-ALTONAGA/Goodman

of federal income tax as set forth in 26 U.S.C. section 6621(a)(2). In connection with the Commission's motion for disgorgement, and at any hearing held on such a motion: (a) Relief Defendant may not challenge the validity of the Consent or this Judgment; (b) for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (c) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure.  In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

II.

**IT IS ORDERED AND ADJUDGED** that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of January, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record