UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24822-CIV-ALTONAGA/Goodman

**SECURITIES AND EXCHANGE COMMISSION**,

                Plaintiff,

v.

**NIT ENTERPRISES, INC. (Delaware)**;
**NIT ENTERPRISES, INC. (Florida)**;
**NIT ENTERPRISES FL, INC.**;
**GARY R. SMITH**;
**JASON M. GANTON**; and
**JAMES E. CLEARY**,

                Defendants, and

**ARIADNI SMITH a/k/a "AUDREY CARRESE,"**

                Relief Defendant.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

**THIS CAUSE** came before the Court upon the Clerk's Default [ECF No. 40], and the Court's Order [ECF No. 41], both entered on January 22, 2020. Upon review of the record, it appears that Defendants, NIT Enterprises FL, Inc. and NIT Enterprises, Inc. (Florida) have indeed failed to respond to the Complaint, nor have counsel for Defendants appeared in the action.[1]

Therefore, it is **ORDERED** that Plaintiff, Securities and Exchange Commission, must file one of the following two responses by **January 29, 2020**:

---

[1] Defendants, NIT Enterprises FL, Inc. and NIT Enterprises, Inc. (Florida)'s authorized agent, proceeding *pro se*, filed an answer to the Complaint. (*See* Answer Compl. [ECF No. 30]). On December 5, 2019, the Court entered an Order [ECF No. 31] requiring Defendants, as artificial entities, to retain counsel and file notices of appearance. (*See* Dec. 5, 2019 Order). Defendants failed to do so.

(1) Where there is only one Defendant, or where there are multiple Defendants,[2] but no allegations of joint and several liability, and no possibility of inconsistent liability between Defendants, Plaintiffs shall file a *motion for default final judgment*.

The *motion for default final judgment* must include affidavits of any sum certain due by Defendant, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. section 3931(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. (These last two are required by Local Rule 7.1(a)(2).). In accordance with the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at altonaga@flsd.uscourts.gov. Plaintiff shall send a copy of the *motion* to Defendants' counsel or to Defendants, if they do not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent to Defendants and the addresses where the notice was sent.

If Defendants fail to move to set aside the Clerk's Default or respond to the *motion for default final judgment* within the time permitted by the Rules, default final judgment may be entered, which, simply put, means Plaintiff may be able to take Defendants' property or money, and/or obtain other relief against Defendants.

(2) Where there are multiple Defendants and allegations of joint and several liability, or the possibility of inconsistent liability between Defendants, Plaintiff shall file a *notice of joint liability*. *See Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 2690 (4th ed. 2017) (citing *Frow*, 82 U.S. at 554); *see also*

---

[2] If there are multiple Defendants, Plaintiff must state in the *motion for default final judgment* that there are no allegations of joint and several liability and set forth the basis why there is no possibility of inconsistent liability.

2

*Gulf Coast Fans, Inc. v. Midwest Elecs. Imps., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

The *notice of joint liability* must briefly describe the allegations and advise the Court of the status of the other Defendants' liability. Once liability is resolved as to all Defendants, Plaintiff may move for the entry of default final judgment against Defendants, as described in (1) above, no later than 14 days thereafter.

*          *          *

Plaintiff's failure to file for a *motion for default final judgment* or *notice of joint liability* within the specified time will result in a **dismissal** without prejudice as to the defaulting Defendants.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of January, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record